1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  Rm. 4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:07-cr-00238- AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE |
| | ) STATUS CONFERENCE HEARING AND |
| URBANO GALVAN-MARTINEZ, et al., | ) ORDER THEREON |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference hearing currently set for **March 30, 2009** may be continued to **May 11, 2009 at 9:00 a.m.**

This request is being made due to the government needs additional time to prepare plea agreements and provide them to counsel. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for

///
///
///
///
///
///

1

the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: March 25, 2009   LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

Dated: March 25, 2009   /s/ Cadee Peters
CADEE PETERS
Attorney for the Defendant Galvan-Martinez

Dated:  March 25, 2009   /s/ David Balakian
DAVID BALAKIAN
Attorney for Defendant Ortega-Alvarado

Dated: March 25, 2009   /s/ Victor Chavez
VICTOR CHAVEZ
Attorney for Defendant Rodriguez-Villa

Dated:  March 25, 2009   /s/ Preciliano Martinez
PRECILIANO MARTINEZ
Attorney for Defendant Alvarado-Camacho

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   March 25, 2009**   /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE